

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Waterbury, an individual<br><br>**Plaintiff,**<br><br>V.<br><br>So Cal Home Remodeling, Inc.; Does 1 through 10, inclusive<br><br>**Defendant.** | Civil Action No. 18cv1585-MMA(RBB)<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants in part Plaintiff's motion for default judgment against Defendant So Cal Home Remodeling, Inc. The Court directs the Clerk of Court to enter judgment against Defendant, and in favor of Plaintiff in the total amount of $15,000.00.

Date: 12/12/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy